AO 257 (Rev. 6/78)

**E-filing**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With Intent To Distribute Methamphetamine Mixture; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum 40 yrs. imprisonment (minimum 5 yrs.); $2,000,000 fine, lifetime supervised release (min. 4 yrs.), and $100 special assessment

### DEFENDANT - U.S.

▶ RONALD WILLIAM MADEIROS,

DISTRICT COURT NUMBER

**CR07-0699 MJJ**

FILED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
San Francisco Police Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JAMES MANN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 9/16/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Ball Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

ORIGINAL
FILED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD WILLIAM MADEIROS,<br><br>  Defendant. | No. CR07-0699 MJJ<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With Intent To Distribute Methamphetamine Mixture; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With Intent To Distribute Methamphetamine Mixture)

On or about September 16, 2007, in the Northern District of California, the defendant,

RONALD WILLIAM MADEIROS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 178 grams of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

MADEIROS INFORMATION

| | |
|---|---|
| 1 | COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To |
| 2 | Distribute Marijuana) |

On or about September 16, 2007, in the Northern District of California, the defendant,

RONALD WILLIAM MADEIROS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 636 grams of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

DATED: November 1, 2007

SCOTT N. SCHOOLS
United States Attorney

*/s/ W. Douglas Sprague*

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

MADEIROS INFORMATION