O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
RONALD WILLIAM MADEIROS

WAIVER OF INDICTMENT

CASE NUMBER: CR07-0699 MJJ

I, RONALD WILLIAM MADEIROS, the above named defendant, who is accused of

(1) knowingly and intentionally possessing with intent to distribute a Schedule II controlled substance, namely, approximately 178 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and

(2) knowingly and intentionally possessing with intent to distribute a Schedule I controlled substance, namely, approximately 636 grams of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/14/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

11-14-07