1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:   (510) 637-3724
       E-Mail:      James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-07-0699 MJJ
                                       )
14     Plaintiff,                      )   STIPULATED REQUEST TO VACATE
                                       )   STATUS HEARING DATE TO JANUARY
15     v.                              )   18, 2008 AND TO EXCLUDE TIME
                                       )   UNDER THE SPEEDY TRIAL ACT
16 RONALD WILLIAM MADEIROS,            )
                                       )   Date:   December 7, 2007
17     Defendant.                      )   Time:   2:30 p.m.
                                       )   Court:  Hon. Martin J. Jenkins
18

19     The above-captioned matter is currently set on December 7, 2007 before this Court for a
20 status hearing.  The parties request that the Court vacate and continue the status hearing to
21 January 18, 2008 at 2:30 p.m. and that the Court exclude time under the Speedy Trial Act
22 between December 7, 2007 and January 18, 2008.
23     The parties require additional time:  to investigate this matter, including time for defense
24 counsel to discuss in detail with Mr. Madeiros the discovery produced by the United States; to
25 address certain issues related to a possible disposition; to effectively prepare for the hearing
26 taking into account the exercise of due diligence; and for continuity of counsel given that counsel
27 for the United States is traveling out of the state for training from December 11, 2007 through
28 December 14, 2007.  The extension is not sought for delay.

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

The parties further stipulate and request that the Court exclude time between December 7, 2007 and January 18, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Undersigned defense counsel represents that he has spoken with his client, Mr. Madeiros, and that Mr. Madeiros agrees to this request to continue the status hearing and to exclude time.

DATED: November 26, 2007

_____/S/_____          _____/S/_____
JAMES C. MANN                              FREDERICK R. REMER
Assistant United States Attorney           Counsel for Ronald William Madeiros
Counsel for United States

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0699 MJJ | |
| ) | | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO JANUARY 18, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| ) | | |
| ) | | |
| v.  ) | | |
| ) | | |
| ) | Date: | December 7, 2007 |
| RONALD WILLIAM MADEIROS, ) | Time: | 2:30 p.m. |
| ) | Court: | Hon. Martin J. Jenkins |
| Defendant. ) | | |
| ) | | |

The parties jointly requested that the status hearing in this matter be moved from December 7, 2007 to January 18, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow the parties additional time: to investigate this matter, including time for defense counsel to discuss in detail with Mr. Madeiros the discovery produced by the

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

United States; to address certain issues related to a possible disposition; to effectively prepare for the hearing taking into account the exercise of due diligence; and for continuity of counsel given that counsel for the United States is traveling out of the state for training from December 11, 2007 through December 14, 2007.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from December 7, 2007 to January 18, 2008 at 2:30 p.m., and that time between December 7, 2007 and January 18, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel and for continuity of counsel, taking into account the exercise of due diligence.

DATED:_____                    _____

                                                        HON. MARTIN J. JENKINS

                                                       United States District Judge

Distribute to:

Frederick R. Remer
1260 B Street, Suite 220
Hayward, CA 94541
Fax:  (510) 537-8852
Counsel for Defendant

James C. Mann
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ