UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0699 MJJ | |
| ) | | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO JANUARY 18, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| ) | Date: December 7, 2007 | |
| RONALD WILLIAM MADEIROS, ) | Time: 2:30 p.m. | |
| ) | Court: Hon. Martin J. Jenkins | |
| Defendant. ) | | |
| ) | | |

The parties jointly requested that the status hearing in this matter be moved from December 7, 2007 to January 18, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow the parties additional time: to investigate this matter, including time for defense counsel to discuss in detail with Mr. Madeiros the discovery produced by the

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

1  United States; to address certain issues related to a possible disposition; to effectively prepare for
2  the hearing taking into account the exercise of due diligence; and for continuity of counsel given
3  that counsel for the United States is traveling out of the state for training from December 11,
4  2007 through December 14, 2007.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv),

6        **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from
7  December 7, 2007 to January 18, 2008 at 2:30 p.m., and that time between December 7, 2007
8  and January 18, 2008 is excluded under the Speedy Trial Act to allow for the effective
9  preparation of counsel and for continuity of counsel, taking into account the exercise of due
10 diligence.

11

12
13 DATED:  11/27/07



HON. MARTIN J. JENKINS
United States District Judge

19 Distribute to:

20 Frederick R. Remer
21 1260 B Street, Suite 220
22 Hayward, CA 94541
   Fax: (510) 537-8852
23 Counsel for Defendant

24
25 James C. Mann
   Assistant United States Attorney
26 1301 Clay Street, Suite 340S
27 Oakland, CA 94612
   Counsel for Plaintiff
28

STIP. REQ. TO VACATE STATUS HEARING TO JANUARY 18, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ