1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:   (510) 637-3724
      E-Mail:       James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0699 MJJ |
| Plaintiff, | ) ) | STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO MARCH 14, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| RONALD WILLIAM MADEIROS, | ) ) | Date:  January 18, 2008 |
| Defendant. | ) ) | Time:  2:30 p.m. Court:  Hon. Martin J. Jenkins |

The above-captioned matter was set on January 18, 2008 before this Court for a status hearing. The parties request that the Court continue the hearing to March 14, 2008 at 2:30 p.m. and that the Court exclude time under the Speedy Trial Act between January 18, 2008 and March 14, 2008. The parties request that the March 14, 2008 hearing be for change of plea or trial setting.

Defendant requires additional time:  to investigate this matter and to conduct legal research; to address certain issues related to a possible disposition; and to effectively prepare for the hearing taking into account the exercise of due diligence. The extension is not sought for delay.

////

STIP. REQ. TO VACATE STATUS HEARING TO MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

1  The parties further stipulate and request that the Court exclude time between January 18,
2  2008 and March 14, 2008 under the Speedy Trial Act for the reasons stated above and pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv).  Undersigned defense counsel represents that he has spoken
4  with his client, Mr. Madeiros, and that Mr. Madeiros agrees to this request to continue the
5  hearing and to exclude time.

7  DATED: January 18, 2008

10  /s/                                                          /s/
    JAMES C. MANN                                    FREDERICK R. REMER
    Assistant United States Attorney            Counsel for Ronald William Madeiros
11  Counsel for United States

STIP. REQ. TO VACATE STATUS HEARING TO MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br> v. </br></br> RONALD WILLIAM MADEIROS, </br></br>    Defendant. | No. CR-07-0699 MJJ </br></br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO MARCH 14, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT </br></br> Date:  January 18, 2008 </br> Time:  2:30 p.m. </br> Court: Hon. Martin J. Jenkins |

The parties jointly requested that the hearing in this matter be moved from January 18, 2008 to March 14, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow Defendant additional time: to investigate this matter and to conduct legal research; to address certain issues related to a possible disposition; and to effectively prepare for the hearing taking into account the exercise of due diligence. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from January 18, 2008 to March 14, 2008 at 2:30 p.m., and that time between January 18, 2008 and March 14, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

STIP. REQ. TO VACATE STATUS HEARING TO MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ

1 | taking into account the exercise of due diligence.  The March 14, 2008 hearing will be for change
2 | of plea or trial setting.

4 | DATED:_____          _____
                                      HON. MARTIN J. JENKINS
5 |                                    United States District Judge

8 | Distribute to:

9 | Frederick R. Remer
    1260 B Street, Suite 220
10 | Hayward, CA 94541
    Fax:  (510) 537-8852
11 | Counsel for Defendant

12 | James C. Mann
    Assistant United States Attorney
13 | 1301 Clay Street, Suite 340S
    Oakland, CA 94612
14 | Counsel for Plaintiff

STIP. REQ. TO VACATE STATUS HEARING TO MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ