|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0699 MJJ |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO MARCH 14, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| RONALD WILLIAM MADEIROS, | ) | Date: January 18, 2008 |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | Court: Hon. Martin J. Jenkins |

The parties jointly requested that the hearing in this matter be moved from January 18, 2008 to March 14, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow Defendant additional time:  to investigate this matter and to conduct legal research; to address certain issues related to a possible disposition; and to effectively prepare for the hearing taking into account the exercise of due diligence.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from January 18, 2008 to March 14, 2008 at 2:30 p.m., and that time between January 18, 2008 and March 14, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

1  taking into account the exercise of due diligence.  The March 14, 2008 hearing will be for change

2  of plea or trial setting.

4  DATED: 1/22/2008                                    _____
                                                       HON. MARTIN J. JENKINS
5                                                      United States District Judge

8  Distribute to:

9  Frederick R. Remer
   1260 B Street, Suite 220
10 Hayward, CA 94541
   Fax: (510) 537-8852
11 Counsel for Defendant

12 James C. Mann
   Assistant United States Attorney
13 1301 Clay Street, Suite 340S
   Oakland, CA 94612
14 Counsel for Plaintiff

STIP. REQ. TO VACATE STATUS HEARING TO MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0699 MJJ