IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RONALD WILLIAM MADEIROS,<br><br>          Defendant.<br>_____/ | No. CR 07-00699 CW<br><br>CLERK'S NOTICE SETTING HEARING ON REASSIGNED CRIMINAL CASE |

   The above-captioned case having been reassigned to Judge Claudia Wilken,

   Notice is hereby given that a trial setting or change of plea hearing will be held on **March 12, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA  94612.

Dated: 2/19/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk