FREDERICK R. REMER
ATTORNEY AT LAW
BAR NO. 52727
1260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-6880

Attorney for Defendant
RONALD WILLIAM MADEIROS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>RONALD WILLIAM MADEIROS,<br><br>Defendant. | CASE NO.: CR-07-0699-CW<br><br>STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO APRIL 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 12, 2008<br>Time:    2:00 p.m.<br>Court:   Hon. Claudia Wilken |

The above-captioned matter is currently set on March 12, 2008 before this Court for a status hearing. The defense request that the Court vacate and continue the status hearing to April 16, 2008 at 2:00 p.m. and the Court exclude time under the Speedy Trial Act between March 12, 2008 and April 16, 2008.

The Defense requires additional time: to complete its investigation and to prepare for either trial or to resolve this matter by way of a plea agreement. The United States has no objection to this request and it is stipulated and agreed between the parties that under the Speedy Trial Act time should be excluded

from March 12, 2008 to April 16, 2008 under title 18 U.S.C. § 3161(h)(8)(A)(B)(iv) to give defendant time to adequately prepare and investigate.

Dated: February 27, 2008

JAMES C. MANN
Assistant United States Attorney
Counsel for United States

FREDERICK REMER
Counsel for defendant
Ronald William Madeiros

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br><br>RONALD WILLIAM MADIEROS,<br><br>　　　　Defendant.　　　　　　／ | CASE NO.: CR-07-0699-CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO APRIL 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT.<br><br>Date:　　March 12, 2008<br>Time:　　2:00 p.m.<br>Court:　　Hon. Claudia Wilken |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the status conference hearing set for March 12, 2008, is vacated, and a status conference hearing is scheduled for April 16, 2008, at 2:00 p.m. It is further ordered that the time under the Speedy Trial Act from March 12, 2008, to April 16, 2008 is excluded under Title 18 U.S.C. § 3161(h)(8)(A)(B)(iv) to give defendant time to adequately prepare and the exclusion is in the interest of justice.

DATED: _____

_____
HON. CLAUDIA WILKEN
United States District Court Judge