UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br><br>RONALD WILLIAM MADIEROS,<br><br><br>    Defendant.         / | CASE NO.:  CR-07-0699-CW<br><br>ORDER GRANTING<br>STIPULATED REQUEST TO VACATE<br>STATUS HEARING DATE TO APRIL<br>16, 2008 AND TO EXCLUDE TIME<br>UNDER THE SPEEDY TRIAL ACT.<br><br>Date:    March 12, 2008<br>Time:    2:00 p.m.<br>Court:   Hon. Claudia Wilken |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the status conference hearing set for March 12, 2008, is vacated, and a status conference hearing is scheduled for April 16, 2008, at 2:00 p.m.  It is further ordered that the time under the Speedy Trial Act from March 12, 2008, to April 16, 2008 is excluded under Title 18 U.S.C. § 3161(h)(8)(A)(B)(iv) to give defendant time to adequately prepare and the exclusion is in the interest of justice.

DATED: 3/5/08

HON. CLAUDIA WILKEN
United States District Court Judge