UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/16/08

**Plaintiff:**  United States

**v.**                                                        **No.**  CR-07-00699 CW

**Defendant:**  Ronald William Maderios (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Frederick Remer and Harris Taback

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

            **Hearing:  Trial Setting or Disposition**

**Notes:**     Defense just received new plea agreement yesterday and has not shown it to defendant yet.  Defense needs additional time to explain new agreement to defendant.  **Case continued to 4/23/08 at 2:00 p.m. for disposition or trial setting or motions setting.**  Defense has discovery, and, if going to trial, there would be a suppression motion.  Time excluded for effective preparation and for Court to consider plea agreement.  Government submits proposed plea agreement to Court for consideration.

Copies to: Chambers