UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 2 3 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/23/08

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00699 CW

**Defendant:** Ronald William Madeiros (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne for James Mann

**Appearances for Defendant:**
Frederick Remer

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:   Change of Plea

**Notes:**   Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to count one of the information charging possession with intent to distribute a Schedule II controlled substance, namely, approximately 178 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 USC 841(a)(1) and 841(b)(1)(B)(viii). Waiver of indictment previously filed. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 7/9/08 at 2:00 p.m.**

Copies to: Chambers; probation