UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 2 - 2...
RICHARD W. W...

Case Number: CR-07-00699 CW
Defendant's Name: Ronald William Madeiros
Defense Counsel: Frederick R. Remer
Referral Date: 4/23/08
Sentencing Date: 7/9/08 @ 2:00pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: **SHEILAH CAHILL**
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

---

cc: U. S. Probation