UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 7/9/08

*FILED*

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

Plaintiff:  United States

v.                                        **No.** CR-07-00699 CW

Defendant:  Ronald William Madeiros (present - in custody)


Appearances for Plaintiff:
Doug Sprague for James Mann

Appearances for Defendant:
Harris Taback

Probation Officer:
Connie Cook for Jessica Goldsberry

### Hearing:  Sentencing

**Notes:**     Defendant and counsel have read PSR; no factual disputes.
Court finds Offense Level 31, Criminal History V (Court finds Criminal
History VI over-represents criminal history due to age of priors),
leading to a Guideline Range of 168-210 months.  Due to 3553(a)
factors, the Court sentences the defendant to 144 months custody to be
followed by 4 years supervised release under the usual terms and
conditions and the special conditions as set forth in the PSR.  No
fine imposed due to lack of ability to pay a fine.  Defendant to pay
$100 special assessment which may be paid through the defendant's
participation in the Bureau of Prisons' Inmate Financial
Responsibility Program at the rate of $25 per quarter.  Court
will recommend participation in a drug program at a facility
close to the Bay Area.  Any remaining counts are dismissed.
Defendant remanded to the custody of the U.S. Marshal.  See J&C
for details.


Copies to: Chambers