IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD WILLIAM MADEIROS,<br><br>　　　　Defendant.　　　　　　　　　／ | No. CR 07-00699-01 CW<br><br>**SEALING ORDER** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

　　☒　　Presentence Report

　　☐　　Plea Agreement

　　☐　　_____
　　　　　(Other)

**IT IS SO ORDERED.**

Dated:　7/15/08

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　U.S. Attorney
　　　　Defense Counsel
　　　　U.S. Probation
　　　　U.S. Marshal